JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue, 28th Floor
New York, NY 10017
(212) 545-4058 Direct
(212) 972-3213 Fax
Catalina.Cadavid@JacksonLewis.com

October 20, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 10/20/2026

**VIA ECF**
Judge Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Muja v. Applied Fund Solutions, LLC et al.**
**Docket No. 1:26-cv-06117-MMG**

Dear Judge Garnett,

Our office represents the Defendants Applied Fund Solutions, LLC, Daniel Nikci, and Michael Galvin (together, "Defendants"), in the above-referenced action. We write pursuant to Rule I(B)(5) of Your Honor's Individual Practices and Rules and respectfully request, by way of this letter-motion, a one-week extension of time for the Parties to submit their settlement agreement and joint letter in support of approval, as directed by the Court's Order dated October 9, 2026, from October 23, 2026, to October 30, 2026.

The requested extension is necessary because the Parties are still drafting and negotiating the terms of the settlement. The additional time will allow the Parties to finalize the agreement and prepare the joint letter addressing the fairness and reasonableness of the proposed settlement for the Court's review. Plaintiff consents to this request. This is the first request for an extension of this deadline. The proposed new deadline of October 30, 2026, will not affect any other scheduled dates in this matter.

Thank you for your attention to this matter.

Respectfully Submitted,

JACKSON LEWIS P.C.

*/s/ Catalina Cadavid*
Catalina Cadavid

GRANTED. The deadline for the parties to submit their settlement agreement and joint letter is hereby EXTENDED to **October 30, 2026**.

SO ORDERED. Dated October 20, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE