StaggWabnik LAW GROUP

David Ehrlich
Partner

Direct (516) 812-4518
Fax: (516) 812-4618
dehrlich@staggwabnik.com

Also admitted in NJ

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550
331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

www.staggwabnik.com

November 6, 2026

**Via ECF**
Judge Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Muja V. Applied Fund Solutions, LLC et al.**
Docket No.: 1:26-cv-06117- MMG

Dear Judge Garnett,

We represent Plaintiff Muja Sajmir in the above-referenced matter. We write to respectfully request a 7-day extension for parties to submit their settlement agreement and joint letter in support of approval, from Friday November 6, 2026, to Friday November 13, 2026.

All documents have been drafted and reviewed by both parties, and the terms and language of the documents have been agreed to. The additional time will allow the parties to get the agreements signed and to finalize all submissions.

Defendants consent to this request. This is the third request for an extension of this deadline. The requested extension will not affect any other scheduled dates or deadlines in this matter.

Thank you for your attention to this matter.

Respectfully submitted,

David Ehrlich, Esq.
Stagg Wabnik Law Group LLP
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4518
dehrlich@staggwabnik.com

GRANTED. The deadline for the parties to submit their settlement agreement and joint letter in support of approval is hereby EXTENDED to **November 13, 2026**. The parties are reminded that, pursuant to Individual Rule I(B)(5), requests for extensions of time must be made at least two business days prior to the original due date. Future extension requests, if any, may be denied based on untimeliness alone.

SO ORDERED. Dated November 9, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE