JacksonLewis

Jackson Lewis P.C.
666 Third Avenue, 28t
New York, NY 10017
(212) 545-4058 Direct
(212) 972-3213 Fax
Catalina.Cadavid@Jac

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

November 11, 2026

**VIA ECF**
Judge Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Muja v. Applied Fund Solutions, LLC et al.**
**Docket No. 1:26-cv-06117-MMG**

Dear Judge Garnett,

Our office represents the Defendants Applied Fund Solutions, LLC, Daniel Nikci, and Michael Galvin (together, "Defendants"), in the above-referenced action. We write pursuant to Rule I(B)(5) of Your Honor's Individual Practices and Rules and respectfully request, by way of this letter-motion, a one-week extension of time for the Parties to submit their settlement agreement and joint letter in support of approval, as directed by the Court's Order dated October 9, 2026, from Friday, November 13, 2026, to Friday, November 20, 2026.

The Parties have been working diligently to finalize the terms of the settlement, but require additional time to complete that process. The Parties remain hopeful that they will be able to submit the settlement agreement and joint letter addressing the fairness and reasonableness of the proposed settlement by the current deadline of November 13, 2026. Out of an abundance of caution, however, and to avoid the need for any last-minute request to the Court, the Parties respectfully request an additional week.

The original deadline for this submission was October 23, 2026. This is the fourth request for an extension of this deadline; the Court granted each of the three prior requests. Plaintiff consents to this request. The proposed new deadline of November 20, 2026, will not affect any [illegible]

GRANTED. The deadline for the parties to submit their settlement agreement is hereby EXTENDED to **November 20, 2026**. The Court is unlikely to grant any further extension requests absent extraordinary circumstances. Any such application must clearly state what has been done, what remains to be done, and what extraordinary circumstances have prevented completion of those remaining steps.

SO ORDERED. Dated November 16, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

JACKSON LEWIS P.C.

/s/ Catalina Cadavid
Catalina Cadavid